JOHN JACOBELLIS, Respondent, *v.* PRUDENTIAL ICE AND COAL CORPORATION et al., Defendants; SAMUEL RUBEL et al., Appellants, and VITO LIMITONE, Respondent.

(Argued December 5, 1935; decided January 7, 1936.)

*Walter H. Pollak, Nathan Friedman, Samuel J. Silverman* and *Leslie Handler* for Samuel Rubel et al., appellants.

*Jacob Krisel* for Lawrence Fighera, appellant.

*David M. Palley* and *William I. Musso* for plaintiff, respondent.

*Samuel M. Ostroff* for defendant, respondent.

Judgment of the Appellate Division modified by striking out that portion which awards judgment against the defendant Lawrence Fighera in the sum of $3,426.79, with interest, and as so modified affirmed, with costs to respondents.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.